UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARQUIN McLEAN,<br><br>         Plaintiff,<br><br>-against-<br><br>ROBERT MORTON JR., SUPERINTENDENT, DOWNSTATE CORRECTIONAL FACILITY; JOHN DOE, M.D.,<br><br>         Defendants. | 20-CV-9925 (LLS)<br><br>ORDER OF DISMISSAL |

LOUIS L. STANTON, United States District Judge:

  Plaintiff, appearing *pro se*, filed this action under 42 U.S.C. § 1983 while he was incarcerated in Bare Hill Correctional Facility. On March 2, 2021, the Court issued an order directing Plaintiff to file an amended complaint within sixty days. That order specified that failure to comply would result in the dismissal of this action for failure to state a claim upon which relief may be granted. Plaintiff has not filed an amended complaint. Accordingly, this action, filed *in forma pauperis* under 28 U.S.C. § 1915(a)(1), is dismissed for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

  The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated: May 24, 2021
    New York, New York

                  /s/ Louis L. Stanton
                    Louis L. Stanton
                      U.S.D.J.