UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARQUIN McLEAN,

                Plaintiff,

-against-

ROBERT MORTON JR., SUPERINTENDENT,
DOWNSTATE CORRECTIONAL FACILITY;
JOHN DOE, M.D.,

                Defendants.

20-CV-9925 (LLS)

CIVIL JUDGMENT

Pursuant to the order issued May 24, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that this action is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   May 24, 2021
         New York, New York

*Louis L. Stanton*
                Louis L. Stanton
                    U.S.D.J.